UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-mc-01700

**BigHit Music Co., Ltd.,**
*Movant,*
v.
**X Corp.,**
*Respondent.*

## NOTICE

The Court notes that the parties appear to have consented to the appointment of a U.S. Magistrate Judge to adjudicate this matter. ECF No. 1 at 2. To the extent the parties wish to consent to the appointment of a U.S. Magistrate Judge to adjudicate further proceedings in the matter, the parties are directed to complete and file the attached consent form.

*So ordered by the Court on August 6, 2026.*

ANDREW DAVIS
United States District Judge