**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:XX-cv-XXXXX

**XXXXXXXX,**
*Plaintiff,*
v.
**XXXXXXXX,**
*Defendant.*

## NOTICE CONCERNING REFERENCE TO U.S. MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party __________________________ through counsel ______________________________________________

___ consents to having a United States Magistrate Judge preside over the trial in this case.

___ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

______________________

Attorney for:

______________________